UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: _____
Brevard County Circuit Court Case No. 05-2022-CA-014807-XXXX-XX

SURGERY CENTER OF VIERA, LLC,

    Plaintiff,

vs.

CIGNA HEALTH AND LIFE INSURANCE COMPANY, HARRIS CORPORATION COMPANY PLAN AND, HARRIS CORPORATION COMPANY,

    Defendants.

_____/

## DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant, Cigna Health and Life Insurance Company ("Cigna"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal and states as follows:

### I. INTRODUCTION

1. Plaintiff commenced this action in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case No. 05-2022-CA-014807-XXXX-XX ("State Court Action").

2. Cigna was served with the Complaint on February 10, 2022. In accordance with 28 U.S.C. § 1446(a), copies of the process, pleadings, orders and all other papers served on Cigna in the State Court Action are attached hereto as Composite Exhibit "A." In compliance with Middle District of Florida Local Rule 1.06(b), Cigna also files as part of Composite Exhibit "A" herewith a copy of each paper docketed in the State Court Action.

3. Cigna removes this action pursuant to 28 U.S.C. § 1441(b) as an action where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states, within the meaning of 28 U.S.C. § 1332.

## II. DIVERSITY OF CITIZENSHIP AND MATTER IN CONTROVERSY

4. Plaintiff Surgery Center of Viera, LLC, ("SCV") is a medical provider and Florida limited liability company with its principal place of business in Brevard County. Each member of SCV is domiciled in Florida and SCV is a citizen of Florida. Complaint at ¶2 (alleging "citizenship (*i.e.*, principal place of business / "nerve center") in Viera, Florida, Brevard County.").

5. Cigna is a foreign corporation. Complaint at ¶3 (alleging "principal place of business / headquarters ("nerve center") in the State of Connecticut"). Cigna is in fact a Connecticut corporation with its principal place of business in Connecticut. Cigna Health and Life Insurance Company, Fla. Dep't of State-

Div. of Corps., http://search.sunbiz.org (follow "Search by Entity Name" hyperlink; then follow "Name" hyperlink; then search "Cigna Health and Life Insurance Company").

6. Defendants, Harris Corporation Group Insurance Plan and Harris Corporation, were both voluntarily dismissed by Plaintiff from the State Court Action and are therefore no longer parties. *See* Notice of Dismissal filed in the State Court Action, a copy of which is attached as Exhibit "B."

7. This Court has original jurisdiction of this action under the provisions of 28 U.S.C. § 1332 and it is one that may be removed to this Court by Cigna pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action in which the amount in controversy exceeds the sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

8. Plaintiff alleges that it billed Cigna a total of $434,274.00, Complaint at ¶13, but Cigna "underpaid the subject claim, tendering $98,390.00" on that claim. Complaint at ¶¶16-17. *See also* ¶19 (disputing Cigna's alleged "total claim payment of $98,390.00 on a billed amount of $434,274.00"). Plaintiff further alleges that Cigna should have allowed an amount of payment "equaling $380,437.20" and that this amount, "less Defendants' prior payment"

"leaves an outstanding balance of $282,047.20 due and owing to SCV." Complaint at ¶¶31, 36.

9. Accordingly, complete diversity of citizenship and the required amount in controversy exist in this action between Plaintiff and Defendant and, therefore, Defendant Cigna is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

### III. COMPLIANCE WITH PROCEDURE FOR REMOVAL

10. This Notice of Removal is filed within the time limit for removal of civil actions pursuant to 28 U.S.C. § 1446(b), having been filed within 30 days of when Cigna was served with process.

11. In accordance with 28 U.S.C. § 1446(a) and Middle District of Florida Local Rule 1.06(b), a copy of the Complaint, Summons and other documents filed/served in the State Court Action are attached hereto as Composite Exhibit "A" and filed with this Notice.

12. Cigna will give written notice of the Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of Court for Brevard County, Florida, pursuant to 28 U.S.C. § 1446(d).

13. Venue is proper in the Middle District of Florida, as the Circuit Court in which the action is pending is within the jurisdictional confines of the Middle District. *See* 28 U.S.C. §1446(a) and 28 U.S.C. § 1441(a).

14. No Act of Congress prohibits the removal of this case, and the cause is removable under 28 U.S.C. §§ 1441-1453.

15. This notice of removal is signed pursuant to and complies with Rule 11 of Federal Rules of Civil Procedure.

16. Cigna has paid the required removal fee.

17. Cigna respectfully reserves all of its defenses and rights.

No previous application has been made for the relief prayed for in this Notice.

WHEREFORE, Defendant, Cigna Health and Life Insurance Company, respectfully requests that the removal of this action to the United States District Court for the Middle District of Florida be hereby effected and that this Court take jurisdiction of this action.

> */s/ Shari Gerson*
> Shari Gerson, Florida Bar No. 017035
> Email: shari.gerson@gray-robinson.com
> Shayna A. Freyman, Florida Bar No. 84993
> Email: shayna.freyman@gray-robinson.com
> GRAY ROBINSON, P.A.
> 401 East Las Olas Boulevard, Suite 1000
> Fort Lauderdale, Florida 33301
> Telephone: (954) 761-8111
> Facsimile: (954) 761-8112
>
> *Counsel for Cigna Health and Life Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2022, the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was provided by email to: Jeffrey L. Greyber, Esq., jgreyber@callagylaw.com , and   hcasebolt@callagylaw.com Callagy Law, P.C. 1900 NW Corporate Blvd., Suite 310W, Boca Raton, FL 33431, *Counsel for Plaintiff*

*/s/  Shari Gerson*
Shari Gerson, Florida Bar No. 017035
Email: shari.gerson@gray-robinson.com
Shayna A. Freyman, Florida Bar No. 84993
Email: shayna.freyman@gray-robinson.com
GRAY ROBINSON, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone:  (954) 761-8111
Facsimile:  (954) 761-8112

*Counsel for Cigna Health and Life Insurance Company, Inc.*